ALEXIS G. PADILLA  
Attorney at Law  
575 Decatur Street #3  
Brooklyn, NY 11233  
Tel. 917 238 2993  
alexpadilla722@gmail.com

February 28, 2020

**BY ECF**
Hon. District Judge Cathy Seibel
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

    Re:    **Brown v. City of Mount Vernon, et al.**
               **19 cv 5100 (CS)**

Your Honor:

    My office represents the plaintiff, Allen Brown, in the above-referenced matter. I write concerning the initial conference currently scheduled for March 4, 2020 at 12:00 P.M. I have to be present for an arraignment on a felony case in Kings County Supreme Court that day. I don't believe that I can make that appearance and get to White Plains by 12:00, but I would be able to appear telephonically if the Court is willing to grant permission. Otherwise, I have to respectfully request an adjournment of the conference, which I would prefer not to do, as I would like to see this case move forward. I have conferred with counsel for the defendants and he consents to this request. In the alternative, we propose that the matter be rescheduled to either March 9th, 11th or April 3rd.

    I thank the Court in advance for its time and attention to this matter.

                                      Respectfully submitted,

                                      /s/

                                      *Alexis G. Padilla, Esq.*
                                      Attorney for Allen Brown

Cc:    Steven Bushnell, Esq.
        The Quinn Law firm
        Attorney for Defendants

Typically the parties are expected to appear in person for all conferences, but in light of these circumstances, Mr. Padilla may appear by phone. He should contact the Court's deputy Walter Clark at (914) 390-4271 to make arrangements.

SO ORDERED.

*Cathy Seibel*          February 28, 2020
CATHY SEIBEL, U.S.D.J.